PINCUS FINGERHUT, Respondent, v. LOUIS HIRSCH et al., Respondents, and DAVID L. DAVIDOFF et al., Copartners under the Name of D. L. DAVIDOFF & SON, Defendants-Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JACOB A. IZENSTATT et al., Appellants, v. I. ALFRED LEVY et al., Respondents, et al., Defendants.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of FELIX A. MULDOON et al., as Trustees for Certificate Holders in Mortgage Covering Premises No. 2160 Anthony Avenue, Borough of Bronx. FELIX A. MULDOON et al., Appellants; J. H. HOLDING COMPANY, INC., Respondent.— No opinion. Present — Martin, P. J.; Townley, Untermyer, Cohn and Callahan, JJ.; Townley, J., taking no part.

KARCZAG PUBLISHING CO., INC., Respondent, v. LEO FEIST, INC., Appellant.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Estate of ANNIE LOORAM, Deceased. HATTIE REYNOLDS, Appellant; JULIA FALLON, as Executrix of ANNIE LOORAM, Deceased, Respondent.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOSEPH MOOK et al., Copartners under the Name of MOOK BROTHERS, Appellants, v. ENDURETTE CORPORATION OF AMERICA, Respondent. ENDURETTE CORPORATION OF AMERICA, Claimant, Respondent.- No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm. Settle order on notice.

HAGOP BOHIGIAN, Respondent-Appellant, v. CITY OF NEW YORK, Appellant-Respondent.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

IRA C. JORDAN, Appellant, v. RITTERBUSH & COMPANY, INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.